Case: 1:20-cv-04735 Document #: 1 Filed: 08/11/20 Page 1 of 6 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

CP

Special Deposit

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

AUG 11 2020 CP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Oya Awanata
(arrested under)
Eunice D. Salley

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:20-cv-04735
Judge Robert W. Gettleman
Magistrate Judge Jeffrey Cummings
PC8

vs.

Andrew Kameros
Barry Jonas
David Nejman
Eileen McChrystal

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:** Did not mean to check any of them for the court to decide

☐ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

☒ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Oya Awanata

   B. List all aliases: _____

   C. Prisoner identification number: 54635 424

   D. Place of present confinement: _____

   E. Address: 71 W. Van Buren, Chicago, IL 60605

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Andrew Kameros
      Title: Federal Attorney for the Federal U.S. Court
      Place of Employment: Northern District of Illinois Estern Division

   B. Defendant: Berry Jonas
      Title: Federal United States Attorney
      Place of Employment: David Nejman Northern District of IL.

   C. Defendant: David Nejman
      Title: Special Agent
      Place of Employment: Federal Bureau of Investigation

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.) On back for additional defendants.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Comes Now Oya Auxenata private American National of the united States of America outside of the "Federal District" of the United State of America Not subject to the Trading with the Enemy Act or Emergency Banking relief Act. Barry Jonas, Andrew Kameros, David Nejman, and Eileen McChrystal Conspired to injure, oppress, threaten, or intimidate in the State of Illinois in the free exercise of the use or enjoyment of my right and privileges secured to me by Constitutional and laws of the United States. My Constitutional rights was infringed upon when they arrested me, searched my home, presented forged warrants, eavesdropped, lied to the court, or made false statements, and had F.B.I. to break in my house. Barry Jonas, Andrew Kameros, David Nejman, Eileen McChrystal willfully subjected me in the State of Illinois to the deprivation of rights, privileges, immunities, and liberty secured and protected by the constitution and laws of the United States being under the color of law by force or threats of force willfully injures, intimidates and interferes with, and attempts to injure, intimidate and interfere participating in or enjoying any benefit, service, liberty, and privileges.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Andrew, Barry, Eileen, and David knowingly presents false claim to the court. Andrew, Barry, Eileen, and David conspire to prevent, by force, intimidation, or threat, from holding office, trust, or place of confidence under the United States, or discharging duties thereof, where my duties as an officer who is required to preform, and to injure me in my person or property on account of her lawful discharge of the duties of my office, or while engaged in the lawful discharge thereof, to injure my property so as to, interrupt, hinder, and impede me in the discharge of my official duties held in confidence. Andrew, Barry, Eileen, and David knowingly, directly or indirectly corruptly, offers, promises to impede a lawsuit in another courthouse held with a private person, as favors to other attorney, with intent to aid in domestic terrorism. Andrew Kameros and Barry Jonas influence actions of F.B.I to commit or aid in committing, or collude in, or making opportunity for commission of fraud, affecting my secure and restricted area. Andrew, Barry, and Eileen presents, used, and attempted to use my private documents, records, files, or papers stolen without warrant and in violation of treaties of the United States and Constitution and laws of the United States of America. Andrew Kameros, Barry Jonas, Eileen McChrystal, and David Nejman have injured me and my family rights have been usurped. I am without redress.

5                                                               Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I pray for the assistance of the court, Restitution, punitive damages, Compensatory damages, Contribution, they are barred from any further proceedings, 3000 hours of community service imposed away from my community, and any other further relief the court deem just, fit, and proper in petitioners favor. Restraining order, gag order, Cease and desist order to be issued.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25 day of July, 20 20

By: *Oya Awanata*  Without recourse Without prejudice All rights Reserved
(Signature of plaintiff or plaintiffs)

By: Oya Awanata  Without recourse Without prejudice All rights Reserved
(Print name)

54635-424
(I.D. Number)

_____
_____
_____
(Address)